```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 23615
   RONALD REX KAISER
   PATRICIA JEAN KAISER                        CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1643     SSN XXX-XX-1828

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
HARRIS NA                 SECURED NOT I      .00            .00           .00
HARRIS NA                 UNSECURED        7049.16          .00        2114.75
WELLS FARGO FINANCIAL IL  CURRENT MORTG   79116.80          .00       79116.80
WELLS FARGO FINANCIAL IL  MORTGAGE ARRE    1567.00          .00        1567.00
CITIBANK                  UNSECURED        9190.14          .00        2757.04
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
BANK OF AMERICA           UNSECURED       13930.45          .00        4179.14
BANK OF AMERICA           UNSECURED       NOT FILED         .00           .00
CAPITAL ONE               UNSECURED         919.33          .00         275.80
CAPITAL ONE               UNSECURED        2997.83          .00         899.35
CAPITAL ONE               UNSECURED        2911.65          .00         873.50
CAPITAL ONE               UNSECURED        2048.86          .00         614.66
CAPITAL ONE               UNSECURED        2033.88          .00         610.16
CAPITAL ONE               NOTICE ONLY     NOT FILED         .00           .00
SMC % CARSON PIRIE SCOTT  UNSECURED         629.84          .00         188.95
FIRST EXPRESS             UNSECURED          79.89          .00          23.97
CHASE MASTERCARD          UNSECURED       NOT FILED         .00           .00
CHASE MANHATTAN           UNSECURED         268.03          .00          80.41
CHASE MANHATTAN           UNSECURED        9988.05          .00        2996.42
ECAST SETTLEMENT CORP     UNSECURED       10729.25          .00        3218.78
ECAST SETTLEMENT CORP     UNSECURED        8399.76          .00        2519.93
ECAST SETTLEMENT CORP     UNSECURED         210.74          .00          63.22
HOME DEPOT                UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED         269.74          .00          80.92
ECAST SETTLEMENT CORP     UNSECURED       13461.79          .00        4038.54
ECAST SETTLEMENT CORP     UNSECURED        2668.78          .00         800.63
WORLD FINANCIAL NETWORK   UNSECURED         186.68          .00          56.00
KOHLS                     UNSECURED         455.70          .00         136.71
WORLD FINANCIAL NETWORK   UNSECURED         456.63          .00         136.99
Q CARD                    UNSECURED       NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 23615 RONALD REX KAISER & PATRICIA JEAN KAISER
```

```
RADIO SHACK REGIONAL OFF  UNSECURED       NOT FILED            .00           .00
TARGET NATIONAL BANK      UNSECURED        6131.85             .00       1839.56
THINK BIG RETAIL SERVICE  UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED        3047.59             .00        914.28
CATHERINES                UNSECURED       NOT FILED            .00           .00
STATMAN HARRIS SIEGEL &   NOTICE ONLY     NOT FILED            .00           .00
BANK OF AMERICA           UNSECURED            .00             .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY     1,200.00                       1,200.00
TOM VAUGHN                TRUSTEE                                        7,001.83
DEBTOR REFUND             REFUND                                         1,694.66
```

Summary of Receipts and Disbursements:

```
                        RECEIPTS          DISBURSEMENTS

TRUSTEE               120,000.00

PRIORITY                                         .00
SECURED                                    80,683.80
UNSECURED                                  29,419.71
ADMINISTRATIVE                              1,200.00
TRUSTEE COMPENSATION                        7,001.83
DEBTOR REFUND                               1,694.66
                      ---------------      ---------------
TOTALS                120,000.00           120,000.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 23615 RONALD REX KAISER & PATRICIA JEAN KAISER